## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 02, 2014

Mr. Bruce A. McMullen
Baker Donelson
165 Madison Avenue
Suite 2000
Memphis, TN 38103

Mr. Richard L. Winchester Jr.
Law Offices
6060 Poplar Avenue
Suite 295,
P.O. Box 17236
Memphis, TN 38119-0000

Ms. Mary Wu
Baker Donelson
165 Madison Avenue
Suite 2000
Memphis, TN 38103

Re: Case No. 14-5608, *Charlotte Norrid v. Nationwide Mutual Fire Ins*
Originating Case No. : 2:12-cv-02745

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. Thomas M. Gould

Enclosure

No mandate to issue

Case No. 14-5608

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CHARLOTTE NORRID

    Plaintiff - Appellant

v.

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

    Defendant - Appellee

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                                 **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: September 02, 2014